# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-111 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CLIFTON RANDALL SMITH ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 21] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the four count Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the four count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of possession of a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a Court of the United States (that is, possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, as charged in Court One of the Indictment) in violation of 18 U.S.C. § 924(c)(1)(A); and (5) order that Defendant remain in custody until further order of this Court or sentencing in this matter.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 21] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4. Defendant is hereby **ADJUDGED** guilty of possession of a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a Court of the United States (that is, possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, as charged in Court One of the Indictment) in violation of 18 U.S.C. § 924(c)(1)(A); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **April 19, 2019, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

                                            */s/Travis R. McDonough*
                                            **TRAVIS R. MCDONOUGH**
                                            **UNITED STATES DISTRICT JUDGE**